UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| S.F., <br><br> Petitioner, <br><br> v. <br><br> DREW BOSTOCK, *Seattle Field Office Director, U.S. Immigration and Customs Enforcement and Removal Operations ("ICE/ERO")*; KRISTI NOEM, *Secretary of Homeland Security*; PAMELA BONDI, *Attorney General of the United States*; TODD LYONS, *Acting Director of Immigration and Customs Enforcement ("ICE")*; U.S. DEPARTMENT OF HOMELAND SECURITY, <br><br> Respondents. | Case No. 3:25-cv-01084-MTK <br><br> **JUDGMENT** |

**KASUBHAI,** United States District Judge:

    Based on the record, Petitioner's Petition for Writ of Habeas Corpus is GRANTED, and this matter is closed.

    DATED this <u>20th</u> day of October 2025.

                                                                         s/ Mustafa T. Kasubhai
                                                                         MUSTAFA T. KASUBHAI (he/him)
                                                                         United States District Judge